IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| ALEXANDER STROSS, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:18-CV-463-SH |
| | § | |
| TAMMY GAILEY, *an individual, d/b/a* | § | |
| AMAZING AUSTIN AREA HOMES; and | § | |
| DOES 1—10, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Continue the Pretrial Conference and Trial. (Dkt. 37). A jury trial is currently set for October 7, 2019, with a pretrial conference on October 3, 2019. (Dkt. 34). The parties jointly request that the pretrial conference and trial be continued for at least three weeks from their current settings. (Dkt. 37). In general, the court does not allow parties to reset a trial date except in exceptional circumstances. The court will grant a continuance in this instance if the parties are able to attend one of the few dates available in the court calendar. Accordingly, IT IS ORDERED that the parties jointly advise the court no later than **Friday, September 13, 2019**, which of the settings the parties request:

a) Final pretrial conference on October 10, 2019, and jury trial on October 16, 2019;
b) Final pretrial conference on November 1, 2019, and jury trial on November 4, 2019; or
c) Maintaining the current settings, with final pretrial conference on October 3, 2019 and jury trial on October 7, 2019.

**SIGNED** on September 10, 2019.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE