IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALEXANDER STROSS,<br>*Plaintiff*<br><br>v.<br><br>TAMMY GAILEY, INDIVIDUALLY<br>AND DOES 1 THROUGH 10,<br>*Defendants* | A-18-CV-00463-SH |

## FINAL JUDGMENT

Before this Court is the Agreed Motion to Dismiss with Prejudice filed October 17, 2019 (Dkt. No. 66). The Parties have notified the Court that they have settled all matters in this lawsuit. Accordingly, the Court **HEREBY GRANTS** the Agreed Motion to Dismiss with Prejudice and **ORDERS** the following:

> All claims that were brought or could have been brought by Plaintiff Alexander Stross against Defendant Tammy Gailey and DOES 1 through 10 in this case are **DISMISSED** with prejudice;
>
> All claims that were brought or could have been brought by Defendant Tammy Gailey against Plaintiff Alexander Stross in this case are **DISMISSED** with prejudice;
>
> All costs shall be borne by those parties incurring same.

The Court **FURTHER ORDERS** that all court settings are cancelled, any pending motions are **DISMISSED** as moot, and that the Clerk of Court **CLOSE** this case.

**SIGNED** this 17th day of October, 2019.

_____
**SUSAN HIGHTOWER**
**UNITED STATES MAGISTRATE JUDGE**